1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  E-Mail: Robert.Freeman@lewisbrisbois.com
   FRANCIS A. ARENAS
3  Nevada Bar No. 6557
   Email: Francis.Arenas@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *State Farm Fire & Casualty Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| ALAN AND REBECCA GROSS, Husband and Wife, | CASE NO.: 3:24-cv-00294-MMD-CSD |
| Plaintiffs, | **NOTICE OF APPEARANCE AND MOTION TO REMOVE COUNSEL** |
| vs. | |
| STATE FARM FIRE & CASUALTY, and DOES I through XXX, inclusive. | |
| Defendants. | |

Francis A. Arenas, Esq. of the law firm Lewis Brisbois Bisgaard & Smith LLP hereby enters his appearance as counsel of record for Defendant State Farm Fire & Casualty Company ("State Farm") and requests that he be added to the docket as counsel for State Farm Company (with Robert W. Freeman, Esq.). State Farm also requests leave of the Court to remove Jennifer A. Taylor, Esq., formerly of Lewis Brisbois Bisgaard & Smith LLP, as counsel of record for State Farm, as she is no

/ / /

/ / /

/ / /

/ / /

/ / /

155649609.1

1  longer associated with the firm. For this reason, it is requested that the Clerk of Court remove
2  Jennifer A. Taylor's name from the CM/ECF as counsel for State Farm, so that she no longer
3  receives electronic service of materials filed in this case.
4      DATED this 14th day of April, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By    */s/ Francis A. Arenas*
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Fam Fire &*
*Casualty Company*

IT IS SO ORDERED.

DATED: April 15, 2025.

_____
Craig S. Denney
United States Magistrate Judge