1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  E-Mail: Robert.Freeman@lewisbrisbois.com
   FRANCIS A. ARENAS
3  Nevada Bar No. 6557
   Email: Francis.Arenas@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendant
7  *State Farm Fire & Casualty Company*

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF NEVADA**

11  **\*\*\***

| | |
|---|---|
| ALAN AND REBECCA GROSS, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY, and DOES I through XXX, inclusive.<br><br>Defendants. | CASE NO.: 3:24-cv-00294-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN Plaintiffs, ALAN GROSS AND REBECCA GROSS; and Defendant STATE FARM FIRE AND CASUALTY, by and through their respective counsel of record, that all of Plaintiffs' claims and causes of action

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

157872123.1

1  against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear
2  their own attorney's fees and costs.

3  DATED this 4th day of September, 2025.   DATED this 4th day of September, 2025.

4  MATTHEW L. SHARP, LTD.
5                                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

6  
7  */s/ Matthew L. Sharp*   */s/ Francis A. Arenas*
   MATTHEW L. SHARP   ROBERT W. FREEMAN
   Nevada Bar No. 4766   Nevada State Bar # 3062
8  432 Ridge Street   FRANCIS A. ARENAS
   Reno, Nevada 89501   Nevada Bar No. 6557
9  *Attorney for Plaintiffs*   6385 S. Rainbow Boulevard, Suite 600
      Las Vegas, Nevada 89118
10       *Attorneys for Defendant*

11                                                    **ORDER**

12      **IT IS SO ORDERED.**

13      Dated this <u>5th</u> day of September, 2025.

14

15

16                                                  DISTRICT COURT JUDGE

157872123.1   2